## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **Case No.: 8:21-cr-218-WFJ-AAS**

**BRANDON WELCH**

_____/

### UNOPPOSED MOTION TO TRANSFER DEFENDANT

Mr. BRANDON WELCH, through undersigned counsel, moves this Honorable Court to order the transfer to another facility, for the following reasons:

Mr. Welch is charged with a very serious offense and preparation for trial requires in-person meetings with counsel to review voluminous discovery. In-person meetings are not permitted at the Pinellas County Jail, where the Defendant is currently housed. Other area jails do all allow these visits for attorneys.

Additionally, previous safety concerns have been raised by Mr. Welch, since other non-white inmates know him to be accused of membership in an alleged white supremacist organization which

has caused so-far non-violent altercations and friction, but this can escalate quickly. These concerns continue as of this date, where they were discussed in a video meeting.

Mr. Welch indicated that a Pinellas Jail Lieutenant discussed the earlier concerns but insisted that the Defendant make specific complaints about inmates, something the Defendant was reluctant to do. He feared that those complaints alone might escalate the tension and promote an attack. Counsel believes that, considering the nature of this case, the Defendant's fears are reasonable—he is one of four white males in a pod containing 24 inmates.

This matter was discussed with Assistant United States Attorney (AUSA) Samantha Beckman, who advised that she does not oppose this request. The Court has previously granted a request for transfer by a similarly situated defendant, Dkt. 440. If granted, it is requested that the Court order transfer of all the Defendant's belongings, including notes and any discovery.

**WHEREFORE**, this Honorable Court is requested to Order the transfer of this Defendant to a facility in the local area that will

allow in-person visits with counsel to review the voluminous discovery in this case and can provide for Mr. Welch's safe housing.

Respectfully Submitted,

S/Christophir A. Kerr

Christophir A. Kerr, Esq.
Florida Bar No. 72041
13801 Walsingham Rd., #A-154
Largo, FL 33774
Telephone:  727.492.2551
Fax:            727.593.9822
Email:  christophirkerr@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been furnished by electronic filing to Elizabeth M. Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, on this 28th day of February 2022.

S/Christophir A. Kerr

Christophir A. Kerr, Esq.